UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHELL TRADEMARK MANAGEMENT BV, and MOTIVA ENTERPRISES LLC, <br> Plaintiffs <br> v. <br> RAY THOMAS PETROLEUM COMPANY INC., <br> Defendant | CIVIL ACTION <br> NO. 3:07-cv-00163 |

## ORDER GRANTING PRO HAC VICE ADMISSION OF VAUGHAN FINN

Upon the motion of Christopher DiSano, attorney of record for Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter, the Court hereby grants Vaughan Finn permission to appear and to practice in the United States District Court for the Western District of North Carolina, on behalf of Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter.

SO ORDERED.

Signed: April 16, 2007

David C. Keesler
United States Magistrate Judge