UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHELL TRADEMARK MANAGEMENT BV, and MOTIVA ENTERPRISES LLC, Plaintiffs <br><br> v. <br><br> RAY THOMAS PETROLEUM COMPANY INC., Defendant | CIVIL ACTION NO. 3:07-cv-00163 |

## ORDER GRANTING PRO HAC VICE ADMISSION OF PAUL D. SANSON

Upon the motion of Christopher DiSano, attorney of record for Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter, the Court hereby grants Paul D. Sanson permission to appear and to practice in the United States District Court for the Western District of North Carolina, on behalf of Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter.

SO ORDERED.

Signed: April 16, 2007

David C. Keesler
United States Magistrate Judge