UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv163-RJC

| | |
|---|---|
| SHELL TRADEMARK MANAGEMENT BV, & MOTIVA ENTERPRISES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RAY THOMAS PETROLEUM COMPANY, INC., | ) ) ) |
| Defendant. | ) ) ) |

This matter is before the Court on the joint Motion of the parties for Status Conference, Motion of counsel for Ray Thomas Petroleum Company, Inc. to Withdraw, and conditional Motion for Substitution of Counsel.

The Court heard these matters via telephonic conference on August 1, 2008, and having heard arguments of counsel, and for good cause shown, hereby enters the following Order:

**IT IS HEREBY ORDERED** that the trial in this matter which is set for September 8, 2008, shall be continued on the Court's trial calendar to begin January 20, 2009.

It is further ordered that Defendant's responses to the Plaintiff's written discovery shall be provided by September 1, 2008.

It is further ordered that the parties shall agree as to the schedule of depositions to occur between September 1, 2008 and October 31, 2008.

The parties are further directed to proceed with mediation at a time mutually agreed to by the parties and to occur no later than November 15, 2008.

It is further ordered that the Motion of James, McElroy & Diehl, P.A. to withdraw as counsel

is hereby allowed, and that the firm of Richard L. Robertson & Associates, P.A. is hereby substituted as counsel for Defendant Ray Thomas Petroleum Company, Inc.

**SO ORDERED.**

Signed: August 8, 2008

Robert J. Conrad, Jr.
Chief United States District Judge