**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07-CV-163-RJC-DCK**

| | |
|---|---|
| SHELL TRADEMARK MANAGEMENT BV, ) <br> and MOTIVA ENTERPRISES LLC, ) <br>                          Plaintiffs ) <br> ) <br> v.                                       ) <br> ) <br> RAY THOMAS PETROLEUM ) <br> COMPANY INC., ) <br>                         Defendant ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Modification Of Scheduling Order" (Document No. 32) filed October 10, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, the undersigned will <u>grant</u> the motion, with modification. Further extensions in this matter are unlikely.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Modification Of Scheduling Order" (Document No. 32) is **GRANTED**. Accordingly, the scheduling order shall be amended as follows:

1. A report on the results of mediation shall be filed on or before **November 17, 2008**.

2. The parties shall complete discovery, including all depositions, by **December 5, 2008**.

3. The deadline for dispositive motions has already passed and will not be extended.

4. Jury trial is set for **January 20, 2009**.

**SO ORDERED**.

Signed: October 14, 2008

David C. Keesler
United States Magistrate Judge