IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV163-RJC-DCK

| | |
|---|---|
| SHELL TRADEMARK MANAGEMENT BV, and MOTIVA ENTERPRISES LLC, <br> Plaintiffs <br><br> v. <br><br> RAY THOMAS PETROLEUM COMPANY INC., <br> Defendant | ) ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING PRO HAC VICE ADMISSION OF LAURIE A. SULLIVAN

Upon the motion of Nancy E. Walker, attorney of record for Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter, the Court hereby grants Laurie A. Sullivan permission to appear and to practice in the United States District Court for the Western District of North Carolina, on behalf of Plaintiffs Shell Trademark Management BV and Motiva Enterprises LLC in the above-captioned matter.

SO ORDERED.

Signed: October 15, 2008

David C. Keesler
United States Magistrate Judge