UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv163-RJC

| | |
|---|---|
| **SHELL TRADEMARK MANAGEMENT BV, & MOTIVA ENTERPRISES, LLC,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **RAY THOMAS PETROLEUM COMPANY, INC.,** | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court following a pretrial conference on January 12, 2009. Having discovered that the parties have outstanding discovery disputes and were not prepared for trial scheduled for January 20, 2009, the Court granted the parties a reprieve. Further extensions in this matter are unlikely, and the Court expects the parties to be fully prepared for trial in July 2009.

| DEADLINES AT A GLANCE | |
|---|---|
| Motions: | **February 7, 2009** |
| Trial: | **July 6, 2009** |

**IT IS HEREBY ORDERED** that the trial in this matter which was set for January 20, 2009, shall be continued on the Court's trial calendar to begin July 6, 2009.

**IT IS FURTHER ORDERED** that the parties file dispositive motions on or before February 7, 2009.

**IT IS FURTHER ORDERED** that the parties comply with the requirements set forth in the Court's Pretrial Order and Case Management Plan. (Doc. No. 20).

**SO ORDERED**.

Signed: January 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge