| Shell Net Profit Work Paper | GL #7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | | | | 2006 | | | |
| | | 12 Mos | | | | 9 Mos | | | |
| | | | | Net Profit | | | | Net Profit | |
| Gross Profit | | Dollars | % | culation | | Dollars | % | culation | |
| Gasoline | | $254,890 | 31.51% | ## | | $178,337 | 32.84% | ## | |
| Other - Diesel, Kerosene | | $238,932 | | | | $146,146 | | | |
| Inside | | $280,750 | | | | $198,077 | | | |
| Car Wash | | $33,550 | | | | $18,984 | | | |
| Money Order | | $795 | | | | $1,482 | | | |
| Total Gross Profit | | $808,917 | | | | $543,026 | | | |
| Total Operating Expenses | | $649,540 | | | | $490,093 | | | |
| Net Operating Expenses | | | | ## | | | | ## | |
| Allocation by Gross Profit % | | | | | | | | | |
| Other Expenses | | | | | | | | | |
| Gasoline Freight Only | | $32,892 | | ## | | $22,713 | | ## | |
| Total Operating Expenses | | $682,432 | | ## | | $512,806 | | ## | |
| Net Profit for Gasoline | | | | ## | | | | ## | |
| Total Gasoline Gallons Sold | | 1,411,699 | | | | 974,824 | | | |
| *Gasoline Only* | | | | | | | | | |
| Net Profit per Gallon | | $0.012274 | | | | -$0.005467 | | | |
| Total Non Shell Product Sold | | 203,608 | | | | 210,983 | | | |
| Net Profit for Non Shell Product | | $2,499 | | | | -$1,153 | | | |

| Shell Net Profit Work Paper | GL #9 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | | | | 2006 | | | |
| | | 12 Mos | | | | 9 Mos | | | |
| | | | | | Net Profit | | | | Net Profit |
| Gross Profit | | Dollars | | % | iculation | Dollars | | % | iculation |
| Gasoline | | $12,265 | | 41.84% | ### | $85,636 | | 59.85% | ### |
| Other - Diesel, Kerosene | | $0 | | | | $0 | | | |
| Inside | | $17,046 | | | | $57,443 | | | |
| Car Wash | | $0 | | | | $0 | | | |
| Money Order | | $0 | | | | $0 | | | |
| Total Gross Profit | | $29,311 | | | | $143,079 | | | |
| Total Operating Expenses | | $109,683 | | | | $293,773 | | | |
| Net Operating Expenses Allocation by Gross Profit % | | | | | ### | | | | ### |
| Other Expenses | | | | | | | | | |
| Gasoline Freight Only | | $5,052 | | | ### | $23,728 | | | ### |
| Total Operating Expenses | | $114,735 | | | ### | $317,501 | | | ### |
| Net Profit for Gasoline | | | | | ### | | | | ### |
| Total Gasoline Gallons Sold | | 288,678 | | | | 1,355,917 | | | |
| *Gasoline Only* | | | | | | | | | |
| Net Profit per Gallon | | -$0.134001 | | | | -$0.084018 | | | |
| Total Non Shell Product Sold | | 139,108 | | | | 1,004,759 | | | |
| Net Profit for Non Shell Product | | -$18,641 | | | | -$84,418 | | | |

| Shell Net Profit Work Paper | Red Rocket | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2005 | | | | 2006 | | |
| | | 12 Mos | | | | 9 Mos | | |
| | | | | | Net Profit | | | Net Profit |
| Gross Profit | | Dollars | % | culation | | Dollars | % | Iculation |
| Gasoline | | $84,263 | 90.76% | ### | | $49,702 | 90.90% | ### |
| Other - Diesel, Kerosene | | $8,577 | | | | $4,973 | | |
| Inside | | $0 | | | | $0 | | |
| Car Wash | | $0 | | | | $0 | | |
| Money Order | | $0 | | | | $0 | | |
| Total Gross Profit | | $92,840 | | | | $54,675 | | |
| Total Operating Expenses | | $55,179 | | | | $32,397 | | |
| Net Operating Expenses | | | | ### | | | | ### |
| Allocation by Gross Profit % | | | | | | | | |
| Other Expenses | | | | | | | | |
| Gasoline Freight Only | | $14,422 | | ### | | $8,551 | | ### |
| Total Operating Expenses | | $69,601 | | ### | | $40,948 | | ### |
| Net Profit for Gasoline | | | | ### | | | | ### |
| Total Gasoline Gallons Sold | | 755,077 | | | | 447,713 | | |
| *Gasoline Only* | | | | | | | | |
| Net Profit per Gallon | | ####### | | | | ###### | | |
| Total Non Shell Product Sold | | 134,489 | | | | 148,410 | | |
| Net Profit for Non Shell Product | | $3,519 | | | | $3,879 | | |

# Shell Net Profit Summary Sheet

| | | 2005 (1/1/05 - 12/31/05) | 2006 (1/1/06 - 9/26/06) |
|---|---|---|---|
| | Non Shell Product | Net Profit | Net Profit |
| 1 | GL #1<br>1008 E Church St<br>Cherryville, NC 28021 | $786 | $2,314 |
| 2 | GL #7<br>1801 E Dixon Blvd<br>Shelby, NC 28152 | $2,499 | -$1,153 |
| 3 | GL #9<br>1121 Hyatt Rd<br>Gaffney, SC 29341 | -$18,641 | -$84,418 |
| 4 | Community Mart #1<br>4904 Fallston Rd<br>Fallston, NC 28042 | $1,121 | $822 |
| 5 | Red Rocket<br>1166 Porter Rd<br>Rock Hill, SC 29730 | $3,519 | $3,879 |
| 6 | Collins Soda<br>539 E Lexington Rd<br>Mocksville, NC 28687 | $116 | $305 |
| | Total | -$15,356 | -$83,257 |