UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
_____

| SHELL TRADEMARK MANAGEMENT | ) | |
| BV and MOTIVA ENTERPRISES, LLC, | ) | No. 3:07cv-00163 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **DEFENDANTS' EXHIBIT LIST** |
| | ) | |
| RAY THOMAS PETROLEUM | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

The Defendant, RAY THOMAS PETROLEUM COMPANY, INC., may offer the following exhibits at trial:

| Exhibit # | Description | Identified by | Admitted |
|---|---|---|---|
| 1. | 1-6-09 fax transmittal from Jack Woerner with 2004 summary and backup (Ex. 2 of Jack Woerner deposition) | | |
| 2. | 1-6-09 fax transmittal from Jack Woerner with 2005 summary and backup (Ex. 3 of Jack Woerner deposition) | | |
| 3. | 1-6-09 fax transmittal from Jack Woerner with 2006 summary and backup (Ex. 4 of Jack Woerner deposition) | | |
| 4. | Ray Thomas Petroleum Gross Profit Analysis (Ex. 5 of Jack Woerner deposition) | | |
| 5. | Shell Gross Profit per Gallon Analysis (Ex. 6 of Jack Woerner deposition) | | |
| 6. | Breakdown of Shell Product Purchased January 1, 2004 through December 31, 2004 (Ex. 7 of Jack Woerner deposition) | | |

| | | | |
|---|---|---|---|
| 7. | Breakdown of Shell Product Purchased January 1, 2005 through December 31, 2005 (Ex. 8 of Jack Woerner deposition) | | |
| 8. | Breakdown of Shell Product Purchased January 1, 2006 through September 26, 2006 (Ex. 9 of Jack Woerner deposition) | | |
| 9. | Shell Net Profit Summary Sheet (Ex. 10 of Jack Woerner deposition) | | |
| 10. | Summary chart of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2004. | | |
| 11. | Summary chart of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2005. | | |
| 12. | Summary chart of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2006. | | |
| 13. | Backup data for computation of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2004. | | |
| 14. | Backup data for computation of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2005. | | |
| 15. | Backup data for computation of net profits and losses of Ray Thomas Petroleum for Shell-branded locations for 2006. | | |
| 16. | Freight costs of Ray Thomas Petroleum for Shell-branded locations for 2004, 2005 and 2006 | | |
| 17. | Computation of damages of Ray Thomas Petroleum for rebranding expenses. (Def's 148.) | | |
| 18. | Backup book asset detail for Ray Thomas Petroleum's rebranding expenses. (Def's 000157 through 215.) | | |
| 19. | 2004 Settlement Agreement (MNC00501-503) | | |

| | | | |
|---|---|---|---|
| 20. | October 25, 2004 Richard L. Robertson letter to H. J. Strickland, Jr. re: settlement agreement between Motiva Enterprises, LLC and Ray Thomas Petroleum (MNC01342-MNC01343.) | | |
| 21. | NC Petroleum Marketers Association of Supply Issues Alert #3 dated September 1, 2005 concerning affects of Hurricane Katrina. | | |
| 22. | NC Petroleum Marketers Association and North Carolina Supply Issues Alert #9 dated September 9, 2005. | | |
| 23. | Service Level by Terminal. (Exhibit 4 from deposition of Eugene Goll) MNC2036-1 to 2038-1 | | |
| 24. | Shell's notification of Hurricane Katrina Relief Effort to Shell Wholesalers and Retailers dated September 2, 2005. (Exhibit 6- Goll deposition.) (Def.'s 00004 to 0006) | | |
| 25. | Email of May 25, 2004 from Jose Montenegro of Authentix to Gene Goll regarding Shell Gasoline Enforcement Protocol. (Exhibit 8 of Goll deposition.) MNC2039 | | |
| 26. | Shell's Commingling & Incentives Review Program. (Exhibit 9 of Goll deposition.) MNC90017 to MNC90018. | | |
| 27. | Email of August 30, 2005,12:02 p.m. from Joe Miles, Performance Analyst for Shell to Ray Thomas Petroleum re: change to 1-day volume lifting control at terminal #8514. (Def. 22) | | |
| 28. | Email of August 29, 2005 from Joe Miles to Ray Thomas Petroleum re: change in volume lifting control at terminal #8063. (Def. 49) | | |
| 29. | Email of August 29, 2005 from Joe Miles to Ray Thomas Petroleum re: change in volume lifting control at terminal #8060. (Def. 50) | | |
| 30. | Email of August 30, 2005 from Joe Miles to Ray Thomas Petroleum re: change in volume lifting control at terminal #8503 (Def. 53) | | |

| | | | |
|---|---|---|---|
| 31. | Email of August 30, 2005 at 8:41 a.m. from Joe Miles of Shell to Ray Thomas Petroleum re: change to 3-day volume lifting control at terminal #8514. (Def. 55) | | |
| 32. | Email of August 30, 2005, 12:02 p.m. from Joe Miles of Shell to Ray Thomas Petroleum re: change to 1-day volume lifting control at terminal #8060. (Def. 57) | | |
| 33. | Email of August 30, 2005 at 12:02 p.m. from Joe Miles of Shell to Ray Thomas Petroleum re: change to 1-day volume lifting control at terminal #8503. (Def. 59) | | |
| 34. | Email of August 30, 2005 at 12:02 p.m. from Joe Miles of Shell to Ray Thomas Petroleum re: change to 1-day volume lifting control at terminal #8514. (Def. 60) | | |
| 35. | Exhibit 17 of Goll deposition. MNC00646 | | |
| 36. | Email of July 5, 2006 from Larry McCarter re: outage of gasoline (Def. 146) | | |
| 37. | Email of August 30, 2005 from Kevin Brown of Motiva re: Motiva's Greensboro terminal out of regular gasoline. (Def. 570) | | |
| 38. | Email of September 28, 2005 from Kevin Brown re: Motiva's Greensboro terminal out of premium and plus gasoline. (Def. 572) | | |
| 39. | Email of April 23, 2006 from Kevin Brown re: Motiva's Greensboro terminal out of regular gasoline. (Def. 573) | | |
| 40. | Email of May 3, 2006 from Kevin Brown re: Motiva's Charlotte North terminal out of regular gasoline. (Def. 574) | | |
| 41. | Email of July 21, 2006 from Steven Holton re: Motiva's Charlotte terminal out of regular gasoline. (Def. 575) | | |

| | | | |
|---|---|---|---|
| 42. | Email of November 3, 2006 from Kevin Brown re: Motiva's Charlotte North & South terminals out of premium and mid-grade gasoline. (Def 577) | | |
| 43. | Email of November 3, 2006 from Kevin Brown re: Motiva's Charlotte North & South terminal out of premium and mid-grade gasoline. (Def. 578) | | |
| 44. | Email of November 4, 2006 from Kevin Brown re: Motiva's Charlotte North & South terminal out of premium and mid-grade gasoline. (Def. 579) | | |
| 45. | Email of November 10, 2006 from Kevin Brown re: Motiva's Knoxville, TN terminal out of unleaded gasoline. (Def. 580) | | |
| 46. | Email of April 7, 2005 from Kristi Jackson of Authentix to Shell re: Ray Thomas Petroleum, compliance monitoring. (Exhibit 11 to Goll deposition.) | | |
| 47. | E-Mail of 11-25-08 from Laurie Sullivan, Esq. to Jeffrey Rubin regarding proposed expert report, declaration and damages chart. MNC02149 | | |
| 48. | E-Mail of 11-25-08 from Laurie Sullivan to Jeffrey Rubin with draft of proposed expert report – MNC02150-02173 | | |
| 49. | E-Mail of 11-25-08 from Laurie Sullivan to Jeffrey Rubin with draft of proposed declaration MNC02174-02179 | | |
| 50. | E-Mail of 11-25-08 from Laurie Sullivan to Jeffrey Rubin with draft of proposed damages chart. MNC02180-02188 | | |
| 51. | E-Mail of November 18, 2008 from Jeff Rubin to James Cowan re: Ray Thomas analysis. MNC02189 | | |
| 52. | Wholesale Marketer Agreement–MNC00020-00041 | | |
| 53. | NC and SC Volumes – MNC02607-02608 | | |
| 54. | Polocheck Deposition Exhibit 1, Service Level by Terminal for 2004 – MNC9007 | | |

| 55. | Polocheck Deposition Exhibit 2, Service Level by Terminal for 2005 – MNC90071 | | |
|---|---|---|---|
| 56. | Polocheck Deposition Exhibit 3, Service Level by Terminal for 2006 – MNC90072 | | |
| 57. | Polocheck Deposition Exhibit 4, Service Level by Terminal for 2007 – MNC90073 | | |
| 58. | Polocheck Deposition Exhibit 5, Service Level by Terminal for 2008 – MNC90074 | | |
| 59. | Polocheck Deposition Exhibit 6, Motiva 2005 to 2008 Supply Service Issues – MNC90075-90103 | | |
| 60. | Polocheck Deposition Ex. 7 - MNC90104-90219 | | |
| 61. | Deposition transcript of Eugene Goll | | |
| 62. | Deposition transcript of Layne Polocheck | | |
| 63. | 2007 & 2006 Financial Statement of Ray Thomas Petroleum (Exhibit to L. Ray Thomas Deposition) | | |
| 64. | 2006 Tax Return of Ray Thomas Petroleum (Exhibit to Deposition of L. Ray Thomas) | | |
| 65. | 2007 Tax Return of Ray Thomas Petroleum (Exhibit to Deposition of L. Ray Thomas) | | |
| 66. | 2007 & 2008 Financial Statement of Ray Thomas Petroleum. | | |
| 67. | Shell Summary Data with backup for 2004 to 2006. | | |

Respectfully submitted, this the 10th day of July, 2009.

| /s/ Richard L. Robertson | /s/ William L. Taylor |
|---|---|
| Richard L. Robertson | William L. Taylor |
| State Bar No. 8000 | State Bar No. 5854 |
| Richard L. Robertson & Associates, P.A. | Taylor & Powell, LLC |
| 2730 East W.T. Harris Blvd., Suite 101 | 1800 Diagonal Road, Suite 600 |
| Charlotte, NC 28213-4108 | Alexandria, VA 22314 |
| Telephone: (704) 597-5774 | Telephone: (703) 836-9405 |
| Facsimile: (704) 599-5603 | Facsimile: (703) 647-6563 |
| rlrobertson@rlrobertson.com | williamltaylor@live.com |

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that I have this day served a copy of the foregoing *Defendants' Exhibit List* on the Plaintiffs and other parties in the foregoing civil action via electronic transmission and/or the United States Mail, first class postage prepaid, addressed as follows:

 Shirley L. Fulton
 Nancy E. Walker
 Tin Fulton Walker & Owen
 *Attorneys for Plaintiff*
 301 East Park Avenue
 Charlotte, NC 28203
 Telephone: (704) 338-1220
 Facsimile: (704) 338-1312
 Email: sfulton@tinfulton.com
    nwalker@tinfulton.com

 Paul D. Sanson
 Vaughan Finn
 Laurie A. Sullivan
 Shipman & Goodwin LLP
 *Attorneys for Plaintiff*
 One Constitution Plaza
 Hartford, CT 06103-1919
 Telephone: (860) 251-5000
 Facsimile: (860) 251-5219
 Email: psanson@goodwin.com
    vfinn@goodwin.com
    lsullivan@goodwin.com

This the 10th day of July, 2009.

            */s/ Richard L. Robertson*
            Richard 0-0L. Robertson, *Attorney for the Defendant*s