IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-163-RJC

SHELL TRADEMARK MANAGEMENT BV, )
and MOTIVA ENTERPRISES LLC )
                Plaintiffs, )
)
)
v. )   PLAINTIFFS' EXHIBIT LIST
)
RAY THOMAS PETROLEUM )
COMPANY, INC. )
                Defendant. )
)

The Plaintiffs, **Shell Trademark Management BV and Motiva Enterprises LLC**, may offer the following exhibits at trial:

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | IDENTIFIED BY | ADMITTED BY |
|---|---|---|---|
| | | | |
| 1. | 01/01/04; Motiva Enterprises' Wholesale Marketer Agreement | | |
| 2. | 10/25/04; 2004 Settlement Agreement | | |
| 3. | 11/01/04 - 12/31/04; Ray Thomas Petroleum's Breakdown of Shell Product Purchases | | |
| 4. | 11/01/04 - 12/31/04; Ray Thomas Petroleum's Fuel Management Delivery Log for 11/01/04-12/31/04 | | |
| 5. | 2004; Ray Thomas Petroleum's Summary and Backup Data for Net Profit | | |
| 6. | 01/01/05 - 12/31/05; Ray Thomas Petroleum's Breakdown of Shell Product Purchases | | |

7/10/2009
527545v10

1

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | IDENTIFIED BY | ADMITTED BY |
|---|---|---|---|
| 7. | 01/01/05 - 12/31/05; Ray Thomas Petroleum's Fuel Management Delivery Log | | |
| 8. | 2005; Ray Thomas Petroleum's Summary and Backup Data for Net Profit | | |
| 9. | 09/26/06; Motiva Enterprises' Termination Letter to Ray Thomas Petroleum | | |
| 10. | 12/31/06; Independent Accountants' Compilation Report & Financial Statement | | |
| 11. | 01/01/06 - 09/26/06; Ray Thomas Petroleum's Breakdown of Shell Product Purchases | | |
| 12. | 01/01/06 - 09/21/06; Ray Thomas Petroleum's Fuel Management Delivery Log | | |
| 13. | 2006; Ray Thomas Petroleum's Summary and Backup Data for Net Profit | | |
| 14. | 2006; Ray Thomas Petroleum's Corporate Tax Return | | |
| 15. | 2006; Franco Energy LLC's Profit & Loss Schedule C | | |
| 16.. | 2004, 2005 & 2006; Ray Thomas Petroleum's Gross Profit Analysis Summary of Shell Product | | |
| 17. | 2004, 2005 & 2006; Ray Thomas Petroleum's Gross Profit per Gallon Analysis of Non-Shell Product | | |
| 18. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Summary Sheet for Non-Shell Product | | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | IDENTIFIED BY | ADMITTED BY |
|---|---|---|---|
| | | | |
| | | | |
| 19. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Gasland # 1 (Cherryville, NC station)** | | |
| 20. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Gasland # 7 (Shelby, NC station)** | | |
| 21. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Gasland # 9 (Gaffney, SC station)** | | |
| 22. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Community Mart # 1 (Lawndale, NC station)** | | |
| 23. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Red Rocket (Rock Hill, SC station)** | | |
| 24. | 2004, 2005 & 2006; Ray Thomas Petroleum's Net Profit Work Paper for Shell Product for **Soda Shoppe (Mocksville, NC station)** | | |
| 25. | 01/2004 - 12/2008; Motiva's Service Level by Terminal | | |
| 26. | 01/28/04 - 12/08/08; Star Mail Notices | | |
| 27. | 2005; Motiva's Supply Service Issues<br>2006; Motiva's Supply Service Issues<br>2007; Motiva's Supply Service Issues<br>2008; Motiva's Supply Service Issues | | |
| 28. | Jeffrey Rubin's Curriculum Vitae | | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | IDENTIFIED BY | ADMITTED BY |
|---|---|---|---|
| | | | |
| | | | |
| 29. | Jeffrey Rubin's Back-Up Data to Support Calculation Summary – **produced to defendant on 1/10/09 via email (doc # 531010)** | | |
| 30. | Jeffrey Rubin's Calculation Summary | | |
| 31. | Jeffrey Rubin's Summary of Volume of Gasoline Grades | | |
| 32. | Jeffrey Rubin's Summary of Lost Profits | | |
| 33. | 11/25/08; L. Ray Thomas' Deposition Transcript | | |
| 34. | 12/02/08; Wesley Gantt's Deposition Transcript | | |
| 35. | 4/28/09; L. Ray Thomas' Deposition Transcript | | |
| 36. | 4/28/09; Jack Woerner's Deposition Transcript | | |
| 37. | 5/27/09; Layne Polocheck's Deposition Transcript | | |

Dated: July 10, 2009

Respectfully Submitted,

PLAINTIFFS SHELL TRADEMARK MANAGEMENT BV and MOTIVA ENTERPRISES LLC,

By: /s/ Paul D. Sanson
    Paul D. Sanson
    Vaughan Finn
    Laurie A. Sullivan
    Admitted *pro hac vice*
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919

Phone: (860) 251-5000  
Fax Number: (860) 251-5219  
Email: psanson@goodwin.com  
vfinn@goodwin.com  
lsullivan@goodwin.com  

Nancy E. Walker 16094  
Tin Fulton Walker & Owen  
301 East Park Avenue  
Charlotte, NC 28203  
Phone: (704) 338-1220  
Fax Number: (704) 338-1173  
Email: nwalker@tinfulton.com  

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of July 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Paul D. Sanson  
                                          Paul D. Sanson